TOWN OF IRONDEQUOIT, Plaintiff, *v.* COUNTY OF MONROE, Appellant, Impleaded with Others. JAMES E. CUFF, Respondent.

Argued October 21, 1938; decided November 29, 1938.

*Harry Rosenberg* for appellant.

*Percival D. Oviatt* and *Robert L. Griffith* for respondent.

Appeal dismissed, with costs, on the ground no constitutional question is directly involved. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part: O'BRIEN and RIPPEY, JJ.